**VAUGHN, Plaintiff-Appellant, v. VAUGHN, Defendant-Appellee.**

Ohio Appeals, Second District, Franklin County.

No. 4284. Decided October 13, 1949.

Coughlin, Ogier & Lloyd, Columbus, for plaintiff-appellant.
Cowan & Adams, Paul W Martin, Russ Bothwell, Columbus, for defendant-appellee.

### OPINION

Per CURIAM.
Finding no error in the record prejudicial to the appellant, the judgment is affirmed.
See also **54 Abs 563.**

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.